UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE:  YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | )  )  3:09-md-02100-DRH  )  )  MDL No. 2100  ) |

**This Document Relates To:**

| | |
|---|---|
| *Angela Alvey v. Bayer Pharmaceuticals Corporation, et al.* | No. 10-cv-11400-DRH |
| *Jessica Gifford v. Bayer Corporation, et al.* | No. 10-cv-13576-DRH |
| *Tina Prayer v. Bayer Corporation, et al.* | No. 09-cv-10195-DRH |

## JUDGMENT IN A CIVIL CASE

**DECISION BY COURT.**  These matters are before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulations of Dismissal filed on July 2, 2014, the above captioned cases are **DISMISSED** with prejudice.  Each party shall bear their own costs.

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

BY:  /s/*Caitlin Fischer*
          **Deputy Clerk**

**Dated:**  July 2, 2014

Digitally signed by
David R. Herndon
Date: 2014.07.02
14:08:05 -05'00'

**APPROVED:**
          **CHIEF JUDGE**
          **U. S. DISTRICT COURT**